```
        FILED              RECEIVED
        ENTERED            SERVED ON
                   COUNSEL/PARTIES OF RECORD

              MAY 2 6 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                            DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,        )<br>                              )<br>     v.                       )     2:10-CR-517-RLH (RJJ)<br>                              )<br>RAUL AVILA,                   )<br>                              )<br>           Defendant.         ) | |

### ORDER OF FORFEITURE

On December 1, 2010, defendant RAUL AVILA pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information and Plea Agreement. #48, #50.

This Court finds that RAUL AVILA shall pay a criminal forfeiture money judgment of $14,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1), (b)(2), and (b)(4)(A) and (B), Title 21, Untied States Code, Section 853(a)(1) and (a)(2).

. . .

. . .

. . .

. . .

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2   States recover from RAUL AVILA a criminal forfeiture money judgment in the amount of
3   $14,000.00 in United States Currency.
4   DATED this 26 day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE